UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUEWA ABEANA LEE,<br><br>    Petitioner,<br><br>    v.<br><br>MOLLY HILL,<br><br>    Respondent. | No. 2:18-cv-2730 AC P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, the petition was not signed, and is therefore incomplete. Rule 2(c)(5), 28 U.S.C. foll. § 2254 (petitions must be signed under penalty of perjury).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, petitioner shall return the completed signature page, thereby verifying her petition. Failure to return the completed signature page will result in a recommendation that the petition be dismissed.

2. The Clerk of the Court is directed to send petitioner a copy of the signature page of the form for application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

DATED: October 17, 2018

                                                                                                        /s/ Allison Claire<br>
                                                                                                        ALLISON CLAIRE<br>
                                                                                                        UNITED STATES MAGISTRATE JUDGE